# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     *
          *
     v.          *    20-cr-407-MAS
          *
DONDON FLETCHER,       *
          *
          *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

☑    That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑    Video Teleconferencing

☐    Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

     ☐    The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

     ☐    Other:

Date: 4/29/2022

_____
Honorable Douglas E. Arpert
United States Magistrate Judge