UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Michael A. Shipp, U.S.D.J. |
| : | Crim. No. 20-00407 (MAS) |
| v. : | |
| : | CONSENT ORDER FOR |
| DONDON FLETCHER : | TEMPORARY MODIFICATION OF |
| : | RELEASE CONDITIONS |

THIS MATTER having been brought before the Court by defendant Dondon Fletcher, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Ashley Pitts, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Fletcher's bail release conditions; and the United States Probation Department (by Santiago Cornejo, United States Probation Officer), having no objection, and

WHEREAS, bail release conditions were originally imposed on May 20, 2022, and subsequently modified on September 15, 2023, by this Court; and

WHEREAS the current bail conditions require, among other conditions, 24-hour home incarceration with electronic monitoring; and

WHEREAS, Mr. Fletcher is in compliance with the release conditions previously set by this Court, and for good cause shown,

IT IS, on this **20th** day of November, 2023, ORDERED that the release conditions shall be modified as follows:

1. Mr. Fletcher shall be permitted to attend a Thanksgiving Day celebration at the home of his niece, Yumeka Crowell, 65 Oliver Avenue, Trenton, NJ 08618 on Thursday, November 23, 2023.

2. On this day, Mr. Fletcher shall be permitted to travel directly from his current residence to 65 Oliver Avenue, Trenton, New Jersey 08618 and shall immediately return to his current residence directly after the holiday celebration.

3.     Mr. Fletcher shall be permitted to leave his residence at 1:00 p.m. and shall return home not later than 5:00 p.m. to attend the Thanksgiving Day celebration on Thursday, November 23, 2023.

4.     All other conditions shall remain the same.

 

*/s/ Michael A. Shipp*
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE